**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOTIVA ENTERPRISES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1460-LPS |
| | ) | |
| SWISS RE INTERNATIONAL S.E. f/k/a SR | ) | |
| INTERNATIONAL BUSINESS INSURANCE | ) | |
| COMPANY PLC; LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY; ZURICH AMERICAN INSURANCE | ) | |
| COMPANY; CHARTIS PROPERTY CASUALTY | ) | |
| COMPANY; ACE AMERICAN INSURANCE | ) | |
| COMPANY; STARR TECHNICAL RISKS | ) | |
| AGENCY, INC.; GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA; ARCH | ) | |
| INSURANCE COMPANY; LANCASHIRE | ) | |
| INSURANCE COMPANY LIMITED; CATLIN, | ) | |
| LLOYD'S SYNDICATE NO. 2003 SJC; QBE | ) | |
| MARINE & ENERGY SYNDICATE 1036; | ) | |
| NAVIGATORS MANAGEMENT COMPANY INC. | ) | |
| f/k/a NAVIGATORS SPECIAL RISKS, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff, Motiva Enterprises LLC ("Plaintiff"), pursuant to 28 U.S.C. § 1447, hereby moves this Court to remand the above captioned action to the Delaware Court of Chancery. The grounds for this motion are as follows:

1. On November 13, 2012, Motiva commenced an action in the Delaware Court of Chancery and moved for emergency injunctive relief to prevent Defendants from pursuing arbitration over disputes that the parties contractually agreed to litigate in the courts of the State of Delaware. *See* D.I. 1, Ex. A Part 1.

2. On November 14, 2012, Defendants removed the case to this Court. *See* D.I. 1.

3. Motiva asserts that removal was improper and that this case should be remanded to the Delaware Court of Chancery.

4. The grounds further in support of the Motion are set forth more fully in Plaintiff's Opening Brief in Support of Its Motion Pursuant to 28 U.S.C. § 1447 to Remand This Action to the Delaware Court of Chancery being filed contemporaneously herewith.

MORGAN, LEWIS & BOCKIUS LLP

  /s/ Colm F. Connolly
Colm F. Connolly (I.D. No. 3151)
Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
302.574.7290
cconnolly@morganlewis.com

WILKS, LUKOFF & BRACEGIRDLE, LLC

Paul M. Lukoff (I.D. No. 96)
Thad J. Bracegirdle (I.D. No. 3691)
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806
302.255.0850

Dated:  December 13, 2012

*Attorneys for Plaintiff Motiva Enterprises LLC*